6413.   CALLAHAN *v.* ATHENS RAILWAY & ELECTRIC COMPANY.

WADE, J.   Unless the verdict returned was demanded by the law and the evidence, this court will not disturb the first grant of a new trial, regardless of the ground specified by the trial judge as the reason for such grant.   See *New* v. *Southern Railway Co.*, 136 *Ga.* 778 (71 S. E. 1104); *Stricklin* v. *Brotherton*, 136 *Ga.* 456 (71 S. E. 774); *Van Giesen* v. *Queen Insurance Co.*, 132 *Ga.* 515 (64 S. E. 456).

*Judgment affirmed.*

DECIDED JANUARY 20, 1916.

Action for damages; from city court of Athens—Judge West. June 10, 1914.

*T. J. Shackelford, Mahaffey & Mahaffey,* for plaintiff.

*E. K. Lumpkin, E. K. Lumpkin Jr., John J. & Roy M. Strickland,* for defendant.